**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

THERESA PARHAM, Administratrix of the                                                PLAINTIFF
Estate of Elmer Parham, Deceased

v.                                         No. 5:08CV00019 JLH

UNION PACIFIC RAILROAD COMPANY                                                        DEFENDANT

**ORDER**

Without objection, the motion to substitute plaintiff is GRANTED. Document #9. Theresa Parham, Administratrix of the Estate of Elmer Parham, is hereby substituted for Elmer Lee Parham as plaintiff in this action.

IT IS SO ORDERED this 26th day of August, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE